AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>MARIA YAJAIRA URIAS-CORDOVA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  2:20-mj-00016<br>)<br>)<br>)<br>) |

RECEIVED
IN LAKE CHARLES, LA
JAN 17 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __JANUARY 14, 2020__ in the county of __CALCASIEU__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(B)(i) | Alien Smuggling (Transporting) |

This criminal complaint is based on these facts:
See Attachment 1 (Affidavit)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Border Patrol Agent Christopher S. Simpkins
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/17/2020

_____
*Judge's signature*

City and state: Lake Charles, Louisiana     Kathleen Kay, United States Magistrate Judge
*Printed name and title*